**Order entered December 11, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01061-CR

**KEVIN WAYNE DICKSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F12-57075-K**

## ORDER

The Court **GRANTS** court reporter Charon Evans's December 9, 2014 motion for extension of time to file the reporter's record.

We **ORDER** Ms. Evans to file the reporter's record within **THIRTY (30) DAYS** from the date of this order.

We **ORDER** the Dallas County District Clerk to file the clerk's record within **THIRTY (30) DAYS** from the date of this order.

/s/ LANA MYERS
   JUSTICE